UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WEBSTER BANK, N.A., : | CIVIL ACTION NO. |
| : | 3:15-cv-00385 (VAB) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| TRAVELERS CASUALTY AND : | |
| SURETY COMPANY OF AMERICA : | |
| and ST. PAUL MERCURY : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendants. : | APRIL 13, 2015 |
| : | |

### MOTION TO REMAND ACTION TO STATE COURT

Pursuant to 28 U.S.C. § 1447(c), plaintiff Webster Bank, N.A. hereby moves to remand this civil action to the Connecticut Superior Court for the Judicial District of Waterbury, from which it was removed by the defendants, Travelers Casualty and Surety Company of America and St. Paul Mercury Insurance Company. The Court should remand this case because the Court lacks subject matter jurisdiction over this matter under either 28 U.S.C. § 1331 or 28 U.S.C. § 1352.

WHEREFORE, for the foregoing reasons and those presented in the accompanying memorandum of law, plaintiff moves this Court to remand this action in its entirety to the Connecticut Superior Court for the Judicial District of Waterbury, together with such other and further relief as the Court deems just and proper.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

- 2 -

                              **Respectfully Submitted,**
                              **THE PLAINTIFF,**
                              **WEBSTER BANK, N.A.**

By:    /s/ Mark K. Ostrowski
          Mark K. Ostrowski (ct03378)
          Michael G. Chase (ct28935)
          For Shipman & Goodwin LLP
          1 Constitution Plaza
          Hartford, CT 06103
          Tel:   (860) 251-5000
          Fax:  (860) 251-5219
          mostrowski@goodwin.com
          mchase@goodwin.com
          Attorneys for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mark K. Ostrowski
Mark K. Ostrowski (ct03378)